

FILED
MAR 25 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 09–21–BU–DWM |
| Plaintiff, | |
| vs. | ORDER |
| SHANNA CHRISTINE DEVORE, | |
| Defendant. | |

Defendant Shanna Christine Devore's Unopposed Motion for Early Termination of Supervised Release is now before the Court. (Doc. 43.) Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, the Court is satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1).

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 43) is GRANTED. As of the date of this Order, Defendant's supervision is terminated.

Dated this 25th day of March, 2019.

11:30 A.M.

Donald W. Molloy, District Judge
United States District Court